UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BI SOLUTIONS, LLC; SHARON J.
PRATT; KEITH E. TAYLOR,

    Plaintiffs,

        v.                      Civil Action No.  11-1657

STANLEY V. CAMPBELL,

    Defendant.

## ORDER

       Plaintiffs filed this action in the Superior Court of the District of Columbia in July 2009. In June 2011, defendant filed a bankruptcy case in the Bankruptcy Court for the Eastern District of Virginia.  Because the instant action is related to the bankruptcy case, defendant removed this action to this Court pursuant to 28 U.S.C. § 1334(b) and Bankruptcy Rule 9027.  On October 5, 2011, defendant moved to transfer this case to the Bankruptcy Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1412.  Plaintiffs have not responded to the motion.

       Under 28 U.S.C. § 1412, this case may be transferred "in the interest of justice or for the convenience of the parties."  Defendant argues that the interest of justice and the convenience of the parties favor transfer, and this Court sees no reason to disagree.  Accordingly, the Court hereby **GRANTS** the motion and **ORDERS** that this action be transferred to the District Court for the Eastern District of Virginia for automatic referral to the bankruptcy court, per the general order of reference dated August 15, 1984.

       **SO ORDERED.**

                                                                /s/
                                    JOHN D. BATES
                         United States District Judge

Dated: January 11, 2012